# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

KELVIN R. LOVETT,

                         :

         Petitioner,                       Case No. 1:11-cv-518

                         :              Chief Judge Susan J. Dlott
     -vs-                                 Magistrate Judge Michael R. Merz

WARDEN, Southern Ohio Correctional
   Institution
                         :
         Respondent.

---

## TRANSFER ORDER

---

        With the consent of both of them, the reference in the above-captioned case is hereby transferred from The Honorable Karen L. Litkovitz to The Honorable Michael R. Merz.

June 11, 2012.

                                       **s/ Michael R. Merz**
                                      United States Magistrate Judge